**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CINDY LYNN JOHNSON,
individually and on behalf of all
others similarly situated,

    Plaintiff,

v.      Case No. 3:23-cv-359-MMH-MCR

PALMER ADMINISTRATIVE
SERVICES, INC.,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Stipulation of Dismissal (Dkt. No. 25; Stipulation) filed on October 13, 2023. In the Stipulation, the parties request dismissal of this matter with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice** as to Plaintiff's individual claims and **without prejudice** as to any other member of the putative class's right to bring claims.

2. Each party shall bear its own attorneys' fees and costs.

3.	The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 16th day of October, 2023.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record